**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1964**

_____

BRENDA L. JAMISON,

Petitioner,

versus

OLGA COAL COMPANY; DIRECTOR, OFFICE OF
WORKERS' COMPENSATION PROGRAMS, UNITED STATES
DEPARTMENT OF LABOR; WEST VIRGINIA COAL
WORKER'S PNEUMOCONIOSIS FUND, INCORPORATED,

Respondents.

_____

On Petition for Review of an Order of the Benefits Review Board.
(01-0952-BLA)

_____

Submitted: November 7, 2002        Decided: November 13, 2002

_____

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brenda L. Jamison, Petitioner Pro Se.  Robert Weinberger, Senior
Assistant Attorney General, Charleston, West Virginia; Patricia May
Nece, Barry H. Joyner, UNITED STATES DEPARTMENT OF LABOR,
Washington, D.C., for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brenda L. Jamison seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901-945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Jamison v. Olga Coal Co., No. 01-0952-BLA (BRB July 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED